IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

FLOYD DELOACH, JR.,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
VS.　　　　　　　　　　　　　　　　　:　　　CIVIL ACTION FILE NO.
　　　　　　　　　　　　　　　　　　　:　　　**7 : 07-CV-01 (HL)**
Lt. ELKINS, et al.,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　Defendants.　　　　　　　　　　:

**RECOMMENDATION**

Presently pending in this *pro se* prisoner § 1983 action are two motions to amend the complaint. (Doc. 8 and 11).

In these two motions, plaintiff seeks to add three new parties as defendants in the above action; Captain Yeager and Lt. Kinne (doc. 8) and Officer Tinsley. However, although a plaintiff can amend once as a matter of right prior to the filing of an answer or dispositive motion in accordance with rule 15, of the Federal Rules of Civil Procedure, the plaintiff herein has not made sufficient allegations against these parties in order for them to be joined at this time.

Therefore, it is the RECOMMENDATION of the undersigned that plaintiff's motions be **DENIED** without prejudice, and that he may file another motion to amend these parties that provides sufficient information that they are placed on notice of the allegations against them. Any new motion should specify the exact actions or inactions of these parties and how those actions or inactions violated plaintiff's constitutional rights.

**SO RECOMMENDED**, this 31st day of July, 2007.

                                                  //S Richard L. Hodge
                                                  RICHARD L. HODGE
                                                  UNITED STATES MAGISTRATE JUDGE

msd