**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| FLOYD DELOACH, JR., : | |
| Plaintiff : | |
| v. : | CASE NO. 7:07-CV-1 (HL) |
| Lt. ELKINS, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 22) filed July 31, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the plaintiff within the time allowed.

**SO ORDERED,** this the 27th day of August, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**